# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152317

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellee,

v

AARON WILLIAMS,
            Defendant-Appellant.

SC:  152317
COA:  328103
Genesee CC:  13-033526-FC

_____/

On order of the Court, the application for leave to appeal the August 4, 2015 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2016



a1212

Clerk